# EXHIBIT D

**From:** Deborah Mannis-Gardner <deborah@dmgclearances.com>
**Date:** 13 June 2022 at 5:42:39 PM GMT
**To:** obrafourmusic@gmail.com
**Cc:** Nicole Passon <nicole@dmgclearances.com>, Billy Toulson <Billy@dmgclearances.com>
**Subject:** Re: Drake "Darkness" (working title)" contains samples from "Oye Ohene"


Hi

Confirming you received this email

thanks

On Wed, Jun 8, 2022 at 3:07 PM Deborah Mannis-Gardner <deborah@dmgclearances.com> wrote:

> **RE: Drake "Darkness" (working title)" contains samples from "Oye Ohene" Ft Tinny written and performed by Obrafour**
>
> Dear Obrafour
>
> I am currently working on a sample clearance for Republic recording artist Drake.
>
> In the song "**Darkness (working title)"** Drake has used samples from the above referenced song. We will arrange to play the song for you over the telephone.
>
> We are seeking consent for both the master rights and publishing rights
>
> https://open.spotify.com/track/5jt5Tx1dIC9BdNqaZTO0Xd?si=zrre3dojS0m0XHjrmTmm5g
>
> Because of the nature of this clearance, the rights that we are looking to secure include the right to use this sample in our new composition in all audio configurations, now known or hereinafter devised, throughout the world, in perpetuity including music video rights and digital downloads and ring tones/ring tunes.
>
> Any efforts to provide me with a response to this request as soon as possible would be sincerely appreciated. I look forward to hearing from you.
>
> Best regards,
>
> --
>
> ## Deborah Mannis-Gardner
> **(she/her/deborah)**
> **DMG Clearances, Inc.**
> **Music Clearances For Film, Television, Samples and New Technology**
> **7209 Lancaster Pike, Suite 4-330, Hockessin, DE 19707 USA**
> **+1.302.239.6337 x201**
> **deborah@dmgclearances.com**
> **Visit our website at www.dmgclearances.com**
> http://www.imdb.com/name/nm0543434/
> http://www.allmusic.com/artist/deborah-mannis-gardner-mn0001801015
> https://www.jaybirdcom.com/deborah-mannis-gardner/

