UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Darko

       Plaintiff,

  v.

Graham et al

       Defendant.

**CLERK' S CERTIFICATE OF MAILING**

Case No.: 23-CV-03232 (JMF)

I hereby certify under the penalties of perjury that on the 14th day of September, 2023, I served one copy of the Summons and Complaint filed on September 14, 2023 upon defendant, Universal Music Publishing AB, Box 55755, SE – 114 83 Stockholm, Banérgatan 16, SE – 115 23 Stockholm, Stockholm, Sweden, the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii), by FEDEX tracking number 7733 9796 1572.

Dated:  New York, New York
       September 14, 2023

                        RUBY J. KRAJICK
                        CLERK OF COURT

                        /s/Robert Juliano
                        Deputy Clerk