UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MICHAEL ELLIOT KWABENA OKYERE DARKO,   :
:
Plaintiff,   :
:   23-CV-3232 (JMF)
-v-   :
:   ORDER
:
AUBREY DRAKE GRAHAM et al.,   :
:
Defendants.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On October 23, 2023, Plaintiff filed a motion for alternative service. ECF Nos. 58, 59. Given that the memorandum relies in substantial part on accounts of representations made to Plaintiff by Defendant Graham and his counsel regarding Defendant OVO Sound LLC, and that Plaintiff's proposed alternative means of service on OVO Sound LLC is email to Defendant Graham's counsel, the Court invites Defendant Graham to submit a response to the motion by **November 1, 2023**. Any reply shall be filed by **November 6, 2023**.

    SO ORDERED.

Dated: October 25, 2023
       New York, New York

                                                JESSE M. FURMAN
                                          United States District Judge