UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MICHAEL ELLIOT KWABENA OKYERE DARKO, :
:
Plaintiffs, : 23-CV-3232 (JMF)
:
-v- : ORDER
:
AUBREY DRAKE GRAHAM et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* Docket No. 92, Defendants' earlier motion to dismiss filed at Docket No. 75 is hereby DENIED as moot. Pursuant to the briefing schedule currently in place, Docket No. 89, Plaintiff's opposition to the new motion to dismiss is due by **January 24, 2024**. Defendants' reply, if any, is due by **January 31, 2024**.

    The Clerk of Court is directed to terminate Docket No. 75.

    SO ORDERED.

Dated: January 11, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                           United States District Judge