UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------------X
MICHAEL ELLIOT KWABENA OKYERE DARKO
(P/K/A "OBRAFOUR"),

                 Plaintiffs,

v.

DUA LIPA, JONATHAN LYNDALE KIRK ("DA BABY") D/B/A BABY JESUS PUBLISHING, CLARENCE COFFEE, JR., SARAH HUDSON, STEPHEN KOZMENIUK, SONY MUSIC PUBLISHING (US) LLC, UNIVERSAL MUSIC CORPORATION, and WARNER RECORDS, INC.,

                 Defendants.
X------------------------------------------------------------------X

Case No.: 1:23-cv-03232-JMF

**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Hon. Jesse M. Furman, U.S.D.J.

     **PLEASE TAKE NOTICE**, that Defendant Diamante Anthony Blackmon ("Blackmon" or "Defendant") joins in the co-defendants' motion to dismiss against Plaintiff Michael Elliot Kwabena Okyere Darko (P/K/A "Obrafour")'s ("Plaintiff") First Amended Complaint dated December 7, 2023, [ECF Dkt. Nos. 92-94] and further, that upon the annexed Declaration of Sarah M. Matz, Esq. dated January 17, 2024, and the exhibit attached thereto, and the accompanying Memorandum of Law in support of the motion of Blackmon at the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 1105, New York, New York, 10007, before the Honorable Katherine Jesse M. Furman, on a date and time to be directed by the Court, for an Order dismissing the claims of Plaintiff for lack of standing under Rule 12(b)(1) of the Federal Rules of Civil Procedure, for failure to state a claim for relief under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure with prejudice, and awarding Defendant such other and further relief as the Court deems just and proper.  The reasons and grounds for this motion are more fully described in the accompanying Memorandum of Law in support of this motion.

Dated: New York, New York  
      January 17, 2024

Respectfully submitted,  
ADELMAN MATZ P.C.

By: _____  
Sarah M. Matz, Esq.  
Gary Adelman, Esq.  
1159 Second Avenue, Suite 153  
New York, New York 10065  
Tel: (646) 650-2207  
Email: sarah@adelmanmatz.com  
Email: g@adelmanmatz.com  
*Attorneys for Defendant Diamante Anthony Blackmon*

2