UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MICHAEL ELLIOT KWABENA OKYERE DARKO,  :
:
Plaintiff,  :
:  23-CV-3232 (JMF)
-v-  :
:  ORDER
:
AUBREY DRAKE GRAHAM et al.,  :
:
Defendants.  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 17, 2024, Defendant Diamante Anthony Blackmon filed a motion to dismiss. ECF No. 96. Other Defendants had previously filed a separate motion to dismiss on January 10, 2024. *See* ECF No. 92. In light of the new motion, Plaintiff Michael Elliot Kwabena Okyere Darko shall file a **consolidated** opposition to both motions to dismiss, ECF Nos. 92 & 96, no later than **January 31, 2024**. Replies by Blackmon and other Defendants are due **February 7, 2024**. This Order supersedes the briefing schedule previously in place, ECF Nos. 89 & 95.

      SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                                      JESSE M. FURMAN
                                                   United States District Judge