

am

SARAH M. MATZ
PARTNER
SARAH@ADELMANMATZ.COM
DIR: (646) 650-2213

January 29, 2024

**VIA ECF**
Honorable Jesse Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1105
New York, NY 10007

Re: *Darko v. Graham, et al* Case No. 1:2023-cv-03232 (JMF)

Hon. Judge Furman:

We represent defendant, Diamante Anthony Blackmon ("Blackmon"), in the above-referenced action. We are writing pursuant to 2(E) of Your Honor's Individual Practices to request an adjournment of the status conference that is currently scheduled on February 1, 2024, at 9:30 a.m. [Dkt. 104].

The reason for this request is that the undersigned is flying the morning of February 1, 2024. As such, we respectfully request that the conference that is currently scheduled on February 1, 2024, at 9:30 a.m. be adjourned to any time before 12 pm ET on February 9, 2024, or at any day thereafter that is convenient for the Court. The parties explored earlier date options but conflicts in schedules led to February 9, 2024 as the earliest date all parties could attend. The parties have greater flexibility the week after.

There has been no previous request for an adjournment of this conference.

We have conferred with respective counsel for Michael Elliot Kwabena Okyere Darko and UMG Recordings, Inc., Universal Music Publishing, Inc., Universal Songs of Polygram International Inc., Universal Music Publishing AB, Bremer Music Group AB, Warner Music Group Corp., Warner-Tamerlane Publishing Corp., Aubrey Drake Graham p/k/a Drake, Johannes Klahr and Richard Zastenker's have, and all have consented to this request.

The extension request does not affect any other scheduled dates in this matter. Blackmon does not have any scheduled appearances before this Court, save for this conference.

We appreciate the Court's time and consideration, and should Your Honor need further information or wish to discuss, we are available at the Court's convenience.

ADELMAN MATZ P.C.
PHONE: (646) 650-2207 • FAX: (646) 650-2108
MAILING:
1159 SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065
OFFICE:
800 THIRD AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10017

Respectfully Submitted,

ADELMAN MATZ, P.C.

Sarah M. Matz, Esq.

Application GRANTED.  The telephone conference previously scheduled for February 1, 2024, is hereby ADJOURNED to **February 9, 2024**, at **10:00 a.m.**  The call-in information remains the same.  The Clerk of Court is directed to terminate ECF No. 105.

SO ORDERED.

January 30, 2024