UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MICHAEL ELLIOT KWABENA OKYERE DARKO,                                   :
                                                                       :
                        Plaintiff,                                     :
                                                                       :      23-CV-3232 (JMF)
        -v-                                                            :
                                                                       :      ORDER
AUBREY DRAKE GRAHAM et al.,                                            :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record at the telephone conference held this morning:

- Defendants shall file any supplement to their motions to dismiss, limited to addressing only the issue of whether and how the ongoing litigation in Ghana affects Plaintiff's standing to bring this action, no later than **February 23, 2024**. Unless and until the Court provides otherwise, any supplement shall be a joint submission by all Defendants and shall not exceed ten pages.

- Plaintiff shall file his consolidated opposition to the pending motions to dismiss (including any joint supplemental filing by Defendants) no later than **March 18, 2024**. The consolidated opposition shall not exceed 40 pages.

- Defendants' replies, if any, shall be filed no later than **March 26, 2024**, and shall not exceed ten pages each.

- Counsel shall promptly notify the Court of any material developments in the ongoing Ghanaian litigation.

SO ORDERED.

Dated: February 9, 2024
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge