UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ELLIOT KWABENA OKYERE DARKO,

                Plaintiff,

-against-

AUBREY DRAKE GRAHAM et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/16/2024

23-CV-03232 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the briefing schedule and directives of Judge Furman's Order dated February 9, 2024. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 16, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge