LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
DAVID M. SCHWARTZ+
ROSARIO BONA
GIOVANNI ORLANDO CONTI

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK
11228 TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

February 23, 2024

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/23/2024
```

Re:    *Darko v. Graham et al.*, Case No. 1:23-CV-03232 (JMF)

Dear Judge Garnett:

      We represent Plaintiff Michael Elliot Kwabena Okyere Darko, p/k/a Obrafour ("Darko") in the above-captioned action. We are writing, pursuant to I.B.5 of Your Honor's Individual Rules and Practices, to respectfully request an adjournment of the conference that is currently scheduled for February 27, 2024, at 9:30 a.m. (ECF No. 115) (the "Conference").

      The reason for this request is that the undersigned has a firm trial date scheduled in New York State Supreme Court for February 27, 2024. Thus, the undersigned would be unable to attend the Conference as currently scheduled. Defendants consent to this request.

      In the interim time since the scheduling of the Conference, Counsel for all Parties have conferred as to an alternative time and date that is mutually acceptable to all. As such, we respectfully request that the Conference be adjourned from February 27, 2024, at 9:30 a.m. to any time after 1:00 p.m. on February 29, 2024, any time on March 13, 2024, or any time on March 14, 2024.

      There have been no previous requests for an adjournment of this Conference. The extension request does not affect any other scheduled dates in this matter, to the extent that the Court's Order of February 21, 2024 (ECF No. 115) adjourned all outstanding deadlines in this action *sine die* pending the Conference.

      We appreciate the Court's consideration of this matter.

Respectfully,

**AIDALA, BERTUNA & KAMINS, P.C.**

By: /s/ Imran H. Ansari
Imran H. Ansari, Esq.

cc: All Counsel of Record via ECF

> Letter-motion GRANTED. It is HEREBY ORDERED that the February 27 conference shall be adjourned to **Thursday, February 29, 2024 at 2:00 p.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.
>
> SO ORDERED. Date 2/23/2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE