```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ELLIOT KWABENA OKYERE DARKO,

                          Plaintiff,

-against-

AUBREY DRAKE GRAHAM et al.,

                          Defendants.

23-CV-03232 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

       In light of Plaintiff's representation that non-party Mantse Aryeequaye has recommenced an action in Ghana against Plaintiff claiming ownership of the spoken word phrase "Killer Cut" (the "Ghanaian Action"), *see* Dkt. No. 138, this case is STAYED in its entirety pending resolution of the Ghanaian Action. All pending motions and discovery deadlines are likewise STAYED.

       Plaintiff's counsel is hereby ORDERED to file a status letter **every 60 days from the date of this Order** detailing the status of the Ghanaian Action. Plaintiff is further ordered, **within seven days of any dispositive resolution of the Ghanaian Action**, to file a letter informing the Court of the details of such resolution.

       The Clerk of Court is directed to terminate Dkt. No. 138.

Dated: September 16, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge