# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
CAITLYN CARMICHAEL
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE - STE. 6
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

January 14, 2025

**VIA ECF**

Hon. Margaret M. Garnett,
U.S.D.J. United States District Court
Southern District of New York
40 Centre Street, Room 906
New York, New York 10007

  Re: *Darko v. Graham et al.*, Case No. 1:23-CV-03232 (JMF)

Dear Judge Garnett:

  The undersigned counsel represents Plaintiff Michael Elliot Kwabena Okyere Darko (p/k/a Obrafour) ("Plaintiff") in the above-captioned matter. We respectfully write to provide the Court a status update regarding the Ghanaian action between Plaintiff and non-party Mantse Aryeequaye ("Mantse") pursuant to Your Honor's Order dated September 16, 2024 (ECF 140).

  Plaintiff's Ghanaian counsel, Sarah Norkor Anku, has informed us that litigation in Ghana remains ongoing. Notably:

1. At the last court date of December 10, 2024, a motion to transfer the case to the Commercial Division of the High Court of Justice in Accra was scheduled to be heard in the Superior Court. However, proceedings were adjourned as the Court awaited the Chief Justice's decision on a petition filed by Plaintiff directly with the Chief Justice requesting reassignment of the case to the Commercial Division.
2. The matter is now scheduled to resume on January 29, 2025, pending the Chief Justice's response. The transfer motion reflects Plaintiff's position that the case, involving claims of copyright and intellectual property rights, should be adjudicated in the Commercial Division to ensure proper jurisdiction and procedural efficiency.

  The undersigned counsel for Plaintiff will provide another status update sixty (60) days from today's date—on March 14, 2025—unless the Ghanaian matter is resolved or disposed of

prior to said date. In accordance with Your Honor's September 16, 2024 Order, the undersigned will also promptly notify the Court within seven days of any dispositive resolution of the Ghanaian action.

    We appreciate the Court's continued attention to this matter.

                                     Respectfully submitted,

                                     /s/ Imran H. Ansari