LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DEMASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
CAITLYN CARMICHAEL
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

July 18, 2025

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 906
New York, New York 10007

        **Re:** *Darko v. Graham et al.*, Case No. 1:23-CV-03232 (JMF)

Dear Judge Garnett:

      The undersigned counsel represents Plaintiff Michael Elliot Kwabena Okyere Darko (p/k/a Obrafour) ("Plaintiff") in the above captioned matter. We write pursuant to Your Honor's Order dated September 16, 2024 (ECF 140) and Your Honor's Order dated November 18, 2024 (ECF 142) to respectfully provide a letter detailing the status of the Ghanaian action between Plaintiff and non-party Mantse Aryeequaye's ("Mantse").

      On June 9, 2025, Accra's High Court of Justice (the "Ghanaian Court") issued a ruling denying Plaintiff's application to dismiss Mantse's case, finding that unresolved questions of fact preclude dismissal at this stage. The Ghanaian Court noted, however, that the legal issues raised in the application may be revisited at trial. The case has now entered the pre-trial phase, during which pre-trial conferences are being held to prepare for trial and explore potential avenues for alternative dispute resolution. If the matter proceeds to trial, the Ghanaian Court will schedule it for a date within the next legal year, and the parties may request expedited proceedings.

      The undersigned counsel for Plaintiff will respectfully provide another status update no later than sixty (60) days from today's date – namely on September 16, 2025 – unless the Ghanaian matter is resolved or disposed prior to said date. As per Your Honor's September 16, 2024, Order, the undersigned counsel for Plaintiff will also respectfully provide a status update regarding any dispositive resolution of the action in Ghana within seven days of any such resolution, should the Ghanaian Court reach any determination of that nature.

1

We appreciate the Court's consideration of this matter.

                                                Respectfully submitted,

                                                /s/ Imran H. Ansari