LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292
_____

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)
_____

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

September 16, 2025

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 906
New York, New York 10007

Re:    ***Darko v. Graham et al.*, Case No. 1:23-CV-03232 (JMF)**

Dear Judge Garnett:

The undersigned represents Plaintiff Michael Elliot Kwabena Okyere Darko (p/k/a Obrafour) ("Plaintiff") in the above-captioned matter. Pursuant to the Court's February 18, 2025 Order (ECF 147), we respectfully submit this status update regarding the Ghanaian action between Plaintiff and non-party Mantse Aryeequaye ("Mantse").

Plaintiff's Ghanaian counsel, Sarah Norkor Anku, has advised as follows:

1. As previously set forth in Plaintiff's Fourth Status Update Letter (ECF No. 152), on June 9, 2025, the Commercial Division of the High Court of Justice issued a ruling rejecting Plaintiff's application to dismiss Mantse's claims. The Court found that there were triable issues, and ordered the matter to proceed to trial.

2. On July 30, 2025, the Ghanaian Court ordered both parties to file their issues for trial by October 3, 2025. The matter has presently been adjourned to October 7, 2025 for further proceedings.

The Ghanaian action is therefore proceeding toward trial on the merits of Mantse's ownership claims.

The undersigned will provide the Court with another status update within sixty (60) days of today (by November 15, 2025) unless the Ghanaian matter is resolved or disposed of prior to

1

that date. In accordance with the Court's February 18, 2025 Order, Plaintiff will also promptly notify the Court within seven days of any dispositive resolution of the Ghanaian proceeding.

We appreciate the Court's continued attention to this matter.

Respectfully submitted,

By: _____

Imran H. Ansari, Esq.