LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292
_____

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)
_____

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

November 17, 2025

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 906
New York, New York 10007

      Re:    *Darko v. Graham et al.*, Case No. 1:23-CV-03232 (JMF)

Dear Judge Garnett:

      The undersigned represents Plaintiff Michael Elliot Kwabena Okyere Darko (p/k/a Obrafour) ("Plaintiff") in the above-captioned matter. Pursuant to the Court's February 18, 2025 Order (ECF 147), we respectfully submit this status update regarding the Ghanaian action between Plaintiff and non-party Mantse Aryeequaye ("Mantse").

      Plaintiff's Ghanaian counsel, Sarah Norkor Anku, has advised as follows:

      The court in Ghana has set the case for trial, with a court appearance scheduled for November 26, 2025. We have been informed by Ghanaian counsel for the Plaintiff, that on that date, the Court shall tend to pre-trial issues, and schedule preliminary conferences, and a trial date.

      The undersigned will provide the Court with another status update within sixty (60) days of today unless the Ghanaian matter is resolved or disposed of prior to that date. In accordance with the Court's February 18, 2025 Order, Plaintiff will also promptly notify the Court within seven days of any dispositive resolution of the Ghanaian proceeding.

      We appreciate the Court's continued attention to this matter.

1

2

Respectfully submitted,

By: _____
Imran H. Ansari, Esq.

2